# Third District Court of Appeal

## State of Florida

Opinion filed July 9, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-916
Lower Tribunal No. 22-13358-CA-01
_____


**T & G Locksmith Corp., et al.**,
Appellants,

vs.

**Granada Insurance Company**,
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Twig, Trade, & Tribunal, PLLC, and Morgan L. Weinstein (Ft. Lauderdale), for appellants.

Atkinson, P.A., and John Bond Atkinson and Maria-Gracia Donati, for appellee.


Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Appellants, who are the appellee's insureds and the defendants below, appeal a trial court order denying their motion seeking prevailing party attorney's fees under section 627.428, Florida Statutes (2022). We reverse and remand.

Appellee's lawsuit sought a declaration from the trial court that appellants had no coverage for a motor vehicle accident under appellee's commercial general liability policy, notwithstanding the fact that appellants had never sought coverage under the policy, and, in both their motion to dismiss and request for admissions responses, expressly conceded the policy provided them with no coverage. Upon our de novo review,[1] we are compelled to reverse the challenged order because, under the unique facts and circumstances of this case, appellee's voluntary dismissal of its lawsuit some eleven months after appellants' express concessions constituted a confession of judgment in appellants' favor.

Reversed and remanded.

---

[1] See State Farm Mut. Auto Ins. Co. v. Best Med. Treatments, Inc., 354 So. 3d 612, 613-14 (Fla. 3d DCA 2023) ("[T]he issue on appeal is entitlement, which is subject to de novo review." (citing Babun v. Stok Kon + Braverman, 335 So. 3d 1236, 1240 (Fla. 3d DCA 2021))).